J. Kornblum against the Harrison Street Cold Storage Company. No opinion. Judgment and order unanimously affirmed, with costs.

KRAUS-BAUM CO., Respondent, v. HAUSMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 15, 1914.) Action by the Kraus-Baum Company against Moses Hausman. S. Weinstein, of Brooklyn, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 147 N. Y. Supp. 1121.

KRAUS-BAUM CO., Respondent, v. HOUSMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by the Kraus-Baum Company against Moses Housman. S. Weinstein, of Brooklyn, for appellant. L. J. Vorhaus, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 147 N. Y. Supp. 1121.

KRIEG, Appellant, v. HOINS, Respondent, et al. (Supreme Court, Appellate Division, Second Department, May 8, 1914.) Action by John Krieg against Cecelia Hoins and Charles Hoins. No opinion. Judgment unanimously affirmed, with costs.

KRUG, et al., Respondents, v. DIAMOND TOBACCO CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, May 20, 1914.) Action by Frank C. Krug and another against the Diamond Tobacco Company. PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that the delay of more than a year under the circumstances was unreasonable and inexcusable. ROBSON and MERRELL, JJ., dissent.

KULOSCHIK v. HOLBROOK, CABOT & ROLLINS CORPORATION. (No. 5961.) (Supreme Court, Appellate Division, First Department. June 5, 1914.) Appeal from Special Term, New York County. Action by Boris Kuloschik against the Holbrook, Cabot & Rollins Corporation. From an order granting a motion for preference, defendant appeals. Reversed, and motion denied. Benjamin Patterson, of New York City, for appellant. Sydney A. Syme, of Mt. Vernon, for respondent. PER CURIAM. There was nothing presented to the court below that justified the preference of this case over other cases on the calendar awaiting trial. The order appealed from should therefore be reversed, with $10 costs and disbursements, and the motion denied.

KUNTZ et al., Respondents, v. PETERSON, Appellant, et al. (Supreme Court, Appellate Division, Second Department, April 17, 1914.) Action by Emilie Kuntz and another, as executors, etc., against Nils Peter Emil Peterson and Sarah M. Peterson. PER CURIAM. In place of the second paragraph of the order, it is ordered that appellant produce from time to time at the examination such competent writings as are relevant 147 N.Y.S.—71

to the subject-matter, upon demand for and a description thereof, and the order, as so modified, is affirmed, without costs. See, also, 145 N. Y. Supp. 1129.

KUPFERSTEIN, Appellant, v. DALTON, Respondent. (Supreme Court, Appellate Division, First Department, April 24, 1914.) Action by Regina Kupferstein, as administratrix, etc., against John F. Dalton. W. McConihe, of New York City, for appellant. W. Cocks, Jr., of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KUPIEC v. SYRACUSE CHILLED PLOW CO. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Michael Kupiec against the Syracuse Chilled Plow Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

KURNICK, Respondent, v. SHERUSKY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Nathan Kurnick against Sarah Sherusky and Lena Greenbaum. No opinion. Judgment affirmed, with costs.

KYLE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department, May 1, 1914.) Action by Ella Kyle against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 155 App. Div. 401, 139 N. Y. Supp. 1080.

LAMB, Appellant, v. STEEPLECHASE PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Alice M. Lamb against the Steeplechase Park Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 147 N. Y. Supp. 1121.

LAMB, Appellant, v. STEEPLECHASE PARK CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Alice M. Lamb against the Steeplechase Park Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1121.

THE LAMBS, Inc., Appellant, v. DRESSLER, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1914.) Action by The Lambs, Incorporated, against Marie Dressler. N. Burkan, of New York City, for appellant. A. Benedict, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LAMSON et al., Appellants, v. KING, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Myra S. Lamson and others, as executors, etc., against Robert C. King. C. De W. Rogers, of New York City, for appellants. E. S. Clinch, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 902, 141 N. Y. Supp. 1127.